UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

March 3, 2015

MEMORANDUM TO COUNSEL

          RE:    USA v. Albert Blandshaw
                    Criminal No. GLR-13-0627

Dear Ms. Dharia:

    As you are aware, Mr. Blandshaw mailed correspondence to the Court (ECF No. 37), regarding the location of the service of his sentence.

    Kindly respond to Mr. Blandshaw's concerns by March 20, 2015 and advise the Court accordingly.

                                       Very truly yours,

                                       /s/

                                       George L. Russell, III

C:    AUSA Barbara Sale

      Mr. Albert Blandshaw
      #292523
      1901 D Street, S. E.
      Washington, DC   20003